IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR 269-CSC |
| | ) | (18 U.S.C. 641) |
| SCOTT A. HERREL | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 30th day of May, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, SCOTT A. HERREL did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 May 2007, via closed circuit monitor, I observed two subjects, later identified as Michael K. Britton (a juvenile) and SCOTT A. HERREL, selecting Nike sunglasses. Britton hid them under the hat he was carrying in his hand. This was in full view of HERREL. The two then went to the clothing area where Britton selected a shirt and went into the dressing room. HERREL selected a jacket and went into another dressing room. The two exited the dressing rooms and Britton hung up the shirt. HERREL hung up the jacket. They both went to store register #9 where HERREL purchased a tobacco pipe. From the time the two exited the clothing area, the sunglasses were not visible. Both then exited the store. I stopped them and asked for their identification (ID) cards. Before returning to the loss prevention office, Britton took the sunglasses from his pocket and stated he meant to pay for them. Security Forces was called and arrived on the scene.

                                                                              EDWARD L. MCINTYRE

Subscribed and sworn to before me this 19th day of September, 2007.

                                                                 AUDREY F. GRIFFIN
                                                                 Notary Public
                                                                 State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS