IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. MISC. NO. 2:07-CR-269-CSC |
| | ) | |
| SCOTT A. HERREL | ) | |

ORDER

Upon consideration of the defendant's *Motion for Appointment of Counsel* (Doc. #6) filed on November 28, 2007, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 29th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE